■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KING, Appellant. [704 NYS2d 263] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rios, J.), rendered April 7, 1998, convicting him of criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the court properly determined that the race-neutral reason offered by the prosecutor for striking a black prospective juror was not pretextual as the prosecutor clearly related the prospective juror's work and family background to the facts of the case (*see, People v Richie,* 217 AD2d 84).

The defendant's contention that the prosecutor's summation remarks were improper is largely unpreserved for appellate review, and, in any event, without merit (*see,* CPL 470.05 [2]; *People v Galloway,* 54 NY2d 396; *People v Saks,* 256 AD2d 479).

The defendant's remaining contentions are without merit. Mangano, P. J., Bracken, Joy and H. Miller, JJ., concur.